■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MIKHAIL GUZIT, Appellant. [691 NYS2d 160] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Vaughan, J.), rendered October 17, 1996, convicting him of robbery in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

We reject the defendant's contention that he was denied the effective assistance of counsel. The defendant failed to demonstrate " 'the absence of strategic or other legitimate explanations' for counsel's alleged shortcomings" at trial (*People v Benevento,* 91 NY2d 708, 712, quoting *People v Rivera,* 71 NY2d 705, 709; *see, People v Satterfield,* 66 NY2d 796, 799). Moreover, viewing counsel's conduct in its entirety, the defendant was not deprived of meaningful representation (*see, People v Benevento, supra; People v Flores,* 84 NY2d 184, 187; *People v Finch,* 199 AD2d 278).

Upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]; *People v Jefferson,* 212 AD2d 546).

The defendant's remaining contention is unpreserved for appellate review and, in any event, is without merit. O'Brien, J. P., Santucci, Altman and H. Miller, JJ., concur.